AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

JODY REILLY
    Plaintiff

V.

THOMAS ROBBINS, as Colonel of the
Massachusetts State Police
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-11806 RWZ**

TO: (Name and address of Defendant)    THOMAS ROBBINS, as Colonel of the Massachusetts State Police, c/o Tom Reilly, Massachusetts Attorney General, Ashburton Place, Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott W. Lang, Esquire
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA 02740

an answer to the complaint which is herewith served upon you, within __20 (twenty)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

SEP 0 1 2005

CLERK    /s/ [signature]    DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 98? 999

Suffolk, ss.                                            September 26, 2005

I hereby certify and return that on 9/16/2005 at 10:35AM I served a true and attested copy of the Summons, Amended Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Christine Wilson, receptionist and agent in the office of the Attorney General at the time of service for Thomas Robbins, as Colonel of the MA State Police, at Office of Attorney General, One Ashburton Place, c/o Tom Reilly Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    Daniel Murray                                Deputy Sheriff

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                   Date                              Signature of Server

                                            _____
                                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.