UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 5-11806 RWZ

---

JODY REILLY,
    Plaintiff

V.                                                       **NOTICE OF APEARANCE**

THOMAS ROBBINS, as Colonel
of the Massachusetts State Police
    Defendant

---

    Please enter the appearance of the undersigned as the attorney for the defendant, Thomas Robbins, as Colonel of the Massachusetts State Police.

_____
Maite A. Parsi, BBO # 554009
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, Ext. 3322
maite.parsi@ago.state.ma.us

Date: November 4, 2005

**CERTIFICATE OF SERVICE**

    I certify that on this 4th day of November 2005 I served the above document on counsel for the plaintiff, Scott Lang and Gigi Tierney, Lang Xifaras & Bullard,115 Orchard Street, New Bedford MA 02740, by regular mail, postage prepaid.

_____
Maite A. Parsi