UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11806-RWZ

JODY REILLY,

       Plaintiff,

v.

THOMAS ROBBINS, as Colonel of the Massachusetts State Police
       Defendants

## JOINT CONFERENCE STATEMENT PURSUANT TO LR 16.1

I.    Joint Discovery Plan

    A.    Service of Automatic Required Disclosures Pursuant to Rule 26(a)(1): September 15, 2006

    B.    Amendment to pleadings: October 15, 2006

    C.    Written Discovery served & answered by: February 15, 2007

           Interrogatories: 30 each
           Request for production of documents: no change from LR 26.1
           Requests to admit: no change from LR 26.1

    D.    Non-expert depositions completed by: May 15, 2007

           Depositions: max. 12 each (not including experts or keeper of records)

    E.    Plaintiff's trial experts disclosed by: June 15, 2007

    F.    Defendant's trial experts disclosed by: July 15, 2007

    G.    Depositions of plaintiff's experts completed by: August 15, 2007

    H.    Depositions of defendant's experts completed by: September 15, 2007

      I.       Dispositive motions filed by:  September 30, 2007

      J.       Final pre-trial conference held by:  January 15, 2007

      K.      Trial: Post – January 17, 2007

II.    <u>Proposed Schedule for Filing of Motions</u>

      A.      See Section I. I.

III.   <u>Use of Magistrate Judges</u>

The parties have conferred and do not consent to have this case referred to a magistrate judge.

IV.   <u>Certifications of Counsel and Authorized Representative of Each Party</u>

To be submitted by the parties at or before the August 15, 2006 Scheduling Conference.

Respectfully submitted,

| | |
|---|---|
| JODY REILLY,<br>by her attorney, | THOMAS ROBBINS as Colonel of the<br>Massachusetts State Police<br>By its attorneys,<br><br>THOMAS F. REILLY<br>ATTORNEY GENERAL |
| /s/  Scott W. Lang<br>Scott W. Lang<br>BBO No. 285720<br>Lang, Xifaras & Bullard<br>115 Orchard Street<br>New Bedford, MA 02740<br>(508) 992-1270<br>swlang@lxblaw.com | /s/  Maite A. Parsi<br>Maite A. Parsi, BBO No. 554009<br>Assistant Attorney General<br>Government Bureau/ Trial Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>617-727-2200 x 2572<br>maite.parsi@ago.state.ma.us |

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this date, August 10, 2006 I served a copy of this document, filed through the ECF system, electronically to the registered participant identified on the Notice of Electronic Filing to the following electronic address: swlang@lxblaw.com.  There are no non-registered participants in this action.

                                                                         /s/ Maite A. Parsi     .
                                                                      Maite A. Parsi