UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 5-11806 RWZ

JODY REILLY,
    Plaintiff

V.

THOMAS ROBBINS, as Colonel
of the Massachusetts State Police
    Defendant

### DEFENDANT'S RULE 16.1 CERTIFICATION

The undersigned counsel and duly authorized representative of the Massachusetts State Police ("MSP") certify that they have discussed the following aspects of this litigation:

1. the budget for the costs of conducting the full course of litigation and various alternative courses of litigation,
2. whether to use alternative dispute resolution as outlined in Local Rule 16.4, and
3. the plaintiff's written settlement proposal.

MSP REPRESENTATIVE

*[signature]*

Sean W. Farrell, Esq.
Department of the State Police
470 Worcester Road
Framingham MA 01702

Dated: August 11, 2006

MSP BY ITS ATTORNEYS

THOMAS F. REILLY
ATTORNEY GENERAL

*[signature]*

Maite A. Parsi, BBO No. 554009
Assistant Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200 x2572

## CERTIFICATE OF SERVICE

I hereby certify that on this date, August 11, 2006 I served a copy of this document, filed through the ECF system, electronically to the registered participant identified on the Notice of Electronic Filing to the following electronic address: swlang@lxblaw.com. There are no non-registered participants in this action.

/s/ Maite A. Parsi
Maite A. Parsi