UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JODY REILLY,
    Plaintiffs

v.

THOMAS ROBBINS, as Colonel
of the Massachusetts State Police,
MASSACHUSETTS STATE
POLICE,
    Defendants

1:05-cv-11806-RWZ

**ASSENTED-TO MOTION
TO EXTEND DISCOVERY
DEADLINES**

      The Defendants, the Massachusetts State Police and its former Colonel, Thomas Robbins, move to extend the written discovery deadlines for ninety days from May 15, 2007 to August 15, 2007 and re-schedule the remaining deadlines accordingly. The Defendants so move and the Plaintiff Jody Reilly assent for the following reasons:

      1.    They are attempting in good faith to complete fact discovery, in a timely and cost-effective manner but due to schedules and Defendant counsel's medical leave for surgery, the parties have been unable to do so.

      2.    The Plaintiff served written requests for production of documents upon the Defendants on December 6, 2006 and interrogatories on December 29, 2007, but Defendant for the previously cited reasons has not yet been able to respond to these discovery requests.

      3.    Plaintiff's attorney contacted Defendant's attorney and the parties held a teleconference on April 23, 2007, while Defendant's counsel was on a protracted medical leave following knee surgery, to address the matter of the outstanding discovery responses. This motion to extend the discovery deadlines results from the April 23 teleconference.

      Both parties agree that extending the fact discovery deadline from May 15, 2007 to August 15, 2007 would not harm either parties' interests and would further judicial economy.

                                        DEFENDANTS
                                        By their attorneys,

                                        MARTHA COAKLEY
                                        ATTORNEY GENERAL

                                        /s/ Maite A. Parsi
                                        Maite A. Parsi
                                        Assistant Attorney General
                                        Government Bureau/Trial Division
                                        One Ashburton Place, 18th Floor
                                        Boston, MA 02108
                                        (617) 727-2200 x2572
                                        (617) 727-3076
                                        maite.parsi@state.ma.us

<u>ASSENTED TO:</u>

JODY REILLY
By her attorney,


/s/ Scott W. Lang
Scott W. Lange, BBO No. 285720
Lang, Xifaras & Bullard
115 Orchard Street
New Bedford, MA  02740
(508) 992-1170
(508) 993-8696 (fax)
swlang@lxblaw.com




<u>Local Rule 7.1(A)(2) Certificate</u>

Pursuant to Local Rule 7.1(A)(2),counsel for the Defendant Massachusetts State Police certifies that counsel for the parties successfully conferred and narrowed the pertinent issues to those addressed in this document.


                                        /s/ Maite A. Parsi
                                        Maite A. Parsi