UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

JODY REILLY,
    Plaintiffs

v.

THOMAS ROBBINS, as Colonel
of the Massachusetts State Police,
MASSACHUSETTS STATE
POLICE,
    Defendants

_____

1:05-cv-11806-RWZ

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Plaintiff, Jody Reilly, in the above-entitled action.

    JODY REILLY,
    By her Attorney,

    /s/ Julie K. Peterson
    Julie K. Peterson, BBO # 564874
    Lang, Xifaras & Bullard
    115 Orchard Street
    New Bedford, MA  02740
    508 992-1270
    508-993-8696 (FAX)
    jpeterson@lxblaw.com

Dated:  May 15, 2007

## CERTIFICATE OF SERVICE

     I, Julie K. Peterson, hereby certify that the within **NOTICE OF APPEARANCE** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   /s/ Julie K. Peterson
                                                Julie K. Peterson, counsel for Plaintiff