UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-11806- RWZ

JODY REILLY,

        Plaintiff,

v.

THOMAS ROBBINS, as
Colonel of the Massachusetts
State Police
        Defendants.

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(d)(3)**

    The Plaintiff, Jody Reilly, hereby certifies, pursuant to Local Rule 16.1(d)(3), that she has conferred with counsel:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternatives courses, of this litigation; and

2. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| JODY REILLY: | SCOTT W. LANG, ESQUIRE, |
| | As Legal Counsel for Jody Reilly: |
| /s/ Jody Reilly | /s/ Scott W. Lang |
| Jody Reilly | Scott W. Lang, BBO #285720 |
| 9 Vickerson Avenue | Lang, Xifaras & Bullard |
| Sagamore Beach, MA 02562 | 115 Orchard Street |
| | New Bedford, MA 02740 |
| | (508) 992-1270 |
| Dated: August 15, 2006 | Dated: August 15, 2006 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the ECF system on August 22, 2007, will be sent electronically to the registered participants as identified in the ECF system**.**  There are no non-registered participants in this action.

      /s/  Scott W. Lang_____
      Scott W. Lang, Esquire