UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11806 RWZ

```
_____
JODY REILLY,                     )
     Plaintiff,                  )
                                 )
v.                               )
                                 )
THOMAS ROBBINS, as Colonel       )
of the Massachusetts State Police, )
     Defendant.                  )
_____)
```

**NOTICE OF APEARANCE**

Please enter the appearance of the undersigned as the attorney for the defendant, Thomas Robbins, as Colonel of the Massachusetts State Police.

```
                    /s/ Charles M. Wyzanski_____
                    Charles M. Wyzanski
                    BBO # 536040
                    Assistant Attorney General
                    Office of the Attorney General
                    One Ashburton Place, Room 1813
                    Boston, MA  02108
                    (617) 727-2200, Ext. 2593
```

Date: April 28, 2008

**CERTIFICATE OF SERVICE**

    I, Charles M. Wyzanski, Assistant Attorney General, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

                                  /s/Charles M. Wyzanski_____
                                  Charles M. Wyzanski
                                  Assistant Attorney General
                                  Trial Division

Dated: April 28, 2008